**POULIN | WILLEY | ANASTOPOULO, LLC**
Andre R. Belanger
Andre.belanger@poulinwilley.com
cmad@poulinwilley.com
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536

**YANNI LAW APC**
John C. Bohren (California State Bar No. 295292)
yanni@bohrenlaw.com
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (619) 433-2803
Fax: (800) 867-6779

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TREVOR KEENE, individually and on behalf of all others similarly situated**, <br><br> Plaintiff, <br><br> vs. <br><br> **TAYLOR FRESH FOODS, INC.,** <br><br> Defendant. | **Case No.: 5:24-cv-07981-NW** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Trevor Keene ("Plaintiff"), by and through undersigned counsel, hereby give notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, Taylor Fresh Foods, Inc., ("Defendant"). Defendant has not served an answer or motion for summary judgment in this action. Furthermore, Plaintiffs have not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice.

Dated: June 25, 2025

Respectfully submitted,

／s／ *Andre R. Belanger*

**POULIN | WILLEY | ANASTOPOULO, LLC**
Andre R. Belanger
Andre.belanger@poulinwilley.com
cmad@poulinwilley.com
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536

-AND-

**YANNI LAW APC**
John C. Bohren (California State Bar No. 295292)
yanni@bohrenlaw.com
145 South Spring Street, Suite 850
Los Angeles, CA 90012

Telephone: (619) 433-2803
Fax: (800) 867-6779

*Attorneys for Plaintiff*